UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | IP 98-CR-161-01-T/F |
| | ) | 1:05-cv-1182-JDT-TAB |
| | ) | |
| DAVID K. DANSER, | ) | |
| | ) | |
| Defendant. | ) | |

**Entry Discussing Request to Proceed on Appeal In Forma Pauperis**

The defendant's request for leave to proceed on appeal *in forma pauperis* is **denied.** An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith.  28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438, 82 S. Ct. 917 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *Id.* There is no objectively reasonable argument which the defendant could present to argue that the disposition of this action was erroneous–nor does his request for leave to proceed on appeal *in forma pauperis* even suggest such an argument. In pursuing an appeal, the defendant "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000).

**IT IS SO ORDERED.**

Date: 12/13/2005

John Daniel Tinder, Judge
United States District Court

Copies to:

David K. Danser, Reg. No. 06056-028
P.O. Box 1000
Butner, NC   27509

Gerald Coraz
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204