UNITED STATES
OF AMERICA

v

DAVID K. DAVSER

FILED
U.S. DISTRICT COURT
07 JUL -2 PH 4:09
SOUTHERN DISTRICT
LAURA BRIGGS

07 1:05-cv-1182-CR-01

AMENDED COMPLAINT TO ORIGINAL 2255 MOTION

APPELLANT FILED ORIGINAL 28 U.S.C. 2255 MOTION IN

2002. ON PAGE 9 OF THE MOTION, EXHIBIT 1, HE

RAISED ISSUE OF THE LACK OF PROBABLE CAUSE FOR

THE STATE ISSUED SEARCH WARRANT AND ASKED THE

COURTS ASSISTANCE IN ACHIEVING THE TRANSCRIPT

OF THE PROBABLE CAUSE HEARING THAT GRANTED

THE SEARCH. THE COURT DISMISSED HIS 2255

MOTION, NOT GRANTING HIS REQUEST FOR ASSISTANCE

IN ACHIEVING SAID TRANSCRIPT.

APPELLANT APPLIED DUE DILIGENCE FOR SEVEN

YEARS AND FINALLY ACHIEVED THE SEARCH AND

ARREST WARRANTS AND A COPY OF THE PROBABLE

CAUSE HEARING TRANSCRIPT, VIA THE FREEDOM

(1)

OF INFORMATION ACT, BY FILING A LAWSUIT AGAINST

THE SHERIFF OF MONROE COUNTY, INDIANA. (EXHIBIT 11)

APPELLANT READILY LEARNED, AS HE HAD BEEN

ADVISED BY PRE-TRIAL COUNSEL, THAT No PROBABLE

CAUSE WAS KNOWN BY THE POLICE OFFICER, SO

HE CHOSE TO USE ENTIRELY PERJURED STATEMENTS

TO ACHIEVE SAID WARRANTS. NOT ONE STATEMENT

IN HIS SWORN STATEMENT WAS TRUE. THIS IS

EASILY PROVABLE BY THE FOLLOWING FOUR

EXAMINATIONS.

1. NONE OF THE ILLEGAL ITEMS THAT OFFICER
RUDDER CLAIMED TO HAVE, TO WARRANT THE
ARREST AND SEARCH EVEN EXISTED WHERE
HE WAS (APPELLANTS HOME), NOR WERE
ANY OF THEY LISTED ON THE INVENTORY
OF ITEMS SEIZED. (EXHIBITS 12 AND 13)

2. APPELLANTS SWORN AFFADAVIT. (EXHIBIT 14)

3. TEN HOURS AFTER RUDDER GAVE HIS PERJURED
STATEMENT, OF ITEMS He HAD TO WARRANT
APPELLANTS ARREST AND SEARCH WARRANTS,
MONROE COUNTY DETECTIVE SWAIN CALLED
THE INDIANA STATE COURT TO ATTAIN A 2ND
SEARCH WARRANT, TO SEARCH APPELLANTS
COMPUTER. WHEN ASKED BY THE COURT
WHAT EVIDENCE EXISTED OF APPELLANTS
WRONGDOING, SWAIN DID NOT MENTION
ANY OF THE ITEMS RUDDER FABRICATED
IN HIS EARLIER PERJURED STATEMENT.

4. NONE OF THE ITEMS RUDDER FABRICATED
IN HIS PERJURED PROBABLE CAUSE TESTIMONY
WERE EVER PRESENTED TO ANY COURT, NOR
WAS APPELLANT EVER CHARGED WITH ANY
OF THEM.

THE DISTRICT COURT, IN ITS 3-29-02 DENIAL,
STATED A FOUR PRONG TEST IT RELIED ON IN, U.S.
V McCLURGE, 311 F 3RD 866 (7TH CIR. 2002), THAT
MUST BE MET TO WARRANT A NEW TRIAL.

1. DEFENDANT BECAME AWARE OF THE EVIDENCE
ONLY AFTER TRIAL

RESPONSE: THE EVIDENCE, THE PROBABLE CAUSE

(3)

HEARING TRANSCRIPT, WAS HELD BY THE MONROE
COUNTY DIVISION II COURT. IT WAS IN THE FORM
OF AN AUDIO TAPE OF THE TELEPHONE HEARING.
THIS TAPE WAS NOT EVEN TRANSCRIBED UNTIL MANY
YEARS AFTER APPELLANTS TRIAL. THIS IS PROVABLE
BY TWO LETTERS TO APPELLANT: THE FIRST IS
AN UNDATED LETTER FROM JUDGE BRIDGES OF THE
DIVISION II MONROE COUNTY COURT. (EXHIBIT 6)
IN IT, HE REFERS TO A LETTER FROM APPELLANT,
DATED 11-9-2. JUDGE BRIDGES ADVISES APPELLANT
HE WILL SEND TRANSCRIPT WITHIN 90 DAYS.
(THE 2ND LETTER EXPLAINS THE DELAY) THE
2ND LETTER, DATED 4-7-4, (EXHIBIT 10), FROM
CHIEF PUBLIC DEFENDER MICHAEL E. HUNT.
ADVISES APPELLANT HE HAS SPOKEN TO THE

(4)

COURT REPORTER FOR JUDGE BRIDGES COURT, MELISSA
STARRY, AND THE AUDIO TAPE WAS FOUND AND
WILL BE TRANSCRIBED AND SENT DIRECTLY TO
APPELLANT SOON. ( IT WAS NEVER RECIEVED )
THESE TWO LETTERS PROVE APPELLANT'S TRIAL AND
DIRECT APPEAL COUNSEL NEVER INVESTIGATED
THE CONTENTS OF THE PROBABLE CAUSE HEARING
TRANSCRIPT, THUS DEPRIVING APPELLANT OF HIS
5th AMENDMENT CONSTITUTIONAL RIGHT TO
REASONABLE COUNSEL. FOR IF THE PROBABLE CAUSE
HEARING AUDIO TAPE HAD NOT BEEN TRANSCRIBED
UNTIL SOMETIME LATER THAN 2002, HOW COULD
THEY HAVE INVESTIGATED IT ?

APPELLANT SENT NUMEROUS MOTIONS AND
LETTERS TO BOTH THE MONROE COUNTY CIRCUIT

(5)

COURT AND TO THE U.S. DISTRICT COURT, BUT IT WASN'T

UNTIL HE, IN DESPERATION, FILED A LAWSUIT AGAINST

THE SHERIFF OF MONROE COUNTY (EXHIBIT 11), DID

HE FINALLY LEARN OF THE DECEPTION USED TO ATTAIN

HIS ARREST AND SEARCH WARRANTS.

2. THE DEFENDANT COULD NOT, BY EXERCISING
DUE DILLIGENCE, HAVE DISCOVERED THE
EVIDENCE SOONER.

RESPONCE: APPELLANT IS IGNORANT OF THE LAW.

HE APPLIED DUE DILLIGENCE NON-STOP FOR SEVEN

YEARS, TRYING HIS ABSOLUTE BEST TO ACHIEVE THIS

EVIDENCE. HE SENT MOTIONS TO THE U.S. DISTRICT

COURT, (EXHIBIT 2); TO THE INDIANA SOUT CIRCUIT

COURT (EXHIBIT 3); HE SENT LETTERS TO THE U.S.

DISTRICT ATTORNEY, (EXHIBIT 9); TO THE MONROE

COUNTY CIRCUIT COURT REPORTER; TO THE SHERIFF OF

(6)

MONROE COUNTY, (EXHIBIT 11); TO THE BLOOMINGTON, INDIANA POLICE, (EXHIBIT 7); TO THE MONROE COUNTY COURT REPORTER, (EXHIBIT 5); AND HE FILED A LAWSUIT AGAINST THE SHERIFF OR MONROE COUNTY TO ACHIEVE THE PROBABLE CAUSE HEARING TRANSCRIPT, (EXHIBIT 11); AND RAISED ISSUE IN HIS 2255 MOTION.

3. THE EVIDENCE IS MATERIAL

RESPONSE: THE EVIDENCE ACHIEVED VIA THE UNCONSTITUTIONAL ARREST AND SEARCH FRUITS ARE THE ENTIRE TANGIBLE EVIDENCE OF APPELLANT'S WRONG DOING. THE ONLY OTHER POSSIBLE EVIDENCE AGAINST HIM IS THE UNCORRUBORATED STATEMENTS BY A SEVEN YEAR OLD, THROUGH A THIRD PARTY. THESE

UNCORROBORATED STATEMENTS THROUGH A THIRD PARTY IS IMPROPER EVIDENCE, ALONE, AND WOULD VIOLATE THE KASTIGER RULE. KASTIGAR V U.S., 406 U.S. 441. APPELLANT WOULD BE AQUITTED OF ALL CHARGES.

4. IN THE EVENT OF A NEW TRIAL, THE EVIDENCE WOULD LEAD TO AN AQUITTAL.

RESPONSE: THE EVIDENCE ACHIEVED BY THE ILLEGAL ARREST AND SEARCH       WERE PARAMOUNT IN THE COURTS FINDING OF GUILT. FINDING HIS GUILT WOULD BE IMPOSSIBLE WITHOUT IT.

THE U.S. DISTRICT COURT, IN ITS 3-25-06 DENIAL ALSO REFERS TO RULE 33 OF FEDERAL RULES OF CRIMINAL PROCEDURE, SAYING APPELLANT IS UNTIMELY. AS WELL DESCRIBED IN PRONG 2, ABOVE, APPELLANT

(8)

DID HIS ABSOLUTE BEST, APPLYING DUE DILIGENCE FOR SEVEN YEARS, TO OBTAIN THE PROBABLE CAUSE HEARING TRANSCRIPT. BUT ALL OF HIS ATTEMPTS WERE FUTILE UNTIL HE, IN DESPERATION, FILED A CIVIL LAWSUIT AGAINST THE SHERIFF OF MONROE COUNTY, UNDER THE FREEDOM OF INFORMATION ACT. SURELY, THE U.S. JUDICIAL SYSTEM DOES NOT INTEND FOR EACH OF ITS DEFENDANTS TO ACHIEVE ITS NEEDED DISCOVERY VIA THE FREEDOM OF INFORMATION ACT! AS APPELLANT WAS FORCED TO DO. IN THE INSTANT CASE, THE SEARCH AND ARREST WARRANTS AND THE TRANSCRIPT OF THE PROBABLE CAUSE HEARING WERE NOT FORWARDED TO THE U.S. DISTRICT COURT, SO THE COURT COULD NOT DISPROVE THEM.

THE INDIANA CIRCUIT COURT IGNORED ALL APPEALS

BY APPELLANT TO ACHIEVE THESE DOCUMENTS, THE
U.S. DISTRICT COURT ADVISED APPELLANT IN ITS
8-23-04 ORDER, (EXHIBIT 8) THAT IT HAD NO
AUTHORITY TO ORDER A STATE COURT TO SERVICE ITS
RECORDS. THE COURT CHOSE NOT TO APPOINT COUNSEL
TO ASSIST APPELLANT AND THE COURT REFUSED
TO RESPOND TO APPELLANT PRO SE.

THESE ATTEMPTS TO ACHIEVE THE NEEDED
EVIDENCE STARTED WELL WITHIN THE LIMITATIONS
OF RULE 33; IN FACT, THEY STARTED BEFORE
APPELLANT FEDERAL TRIAL!

IN RULE OF CIVIL PROCEEDURS, RULE 60
(b)(6) STATES NO TIME LIMITATIONS WHEN FRAUD
WAS PERPETRATED ON THE INDIVIDUAL.

(10)

## APPLIED DUE DILIGENCE.

PRE-TRIAL COUNSEL ROY GRAHAM ADVISED APPELLANT HE
HAD FRIEND IN THE MONROE COUNTY SHERIFF'S DEPARTMENT,
HE REFERED TO AS "JIMMEY", WHO HAD TOLD GRAHAM
THE SEARCH WARRANT HAD SEVERE PROBLEMS, BUT
GRAHAM NEVER ELABORATED TO THE EXTENT OF HIS
KNOWLEDGE, ONLY MENTIONING LACK OF PROBABLE
CAUSE. ATTY. GRAHAM MADE SEVERAL ATTEMPTS TO
ACHIEVE THE PROBABLE CAUSE HEARING TRANSCRIPT,
BUT NEVER SUCCEEDED. HE ADVISED TRIAL COUNSEL
COLMAN AND CURE, AS I DID, OF THIS PROBLEM, BUT
THEY NEVER INVESTIGATED IT.

ELEVEN MONTHS LATER, ATTY. GRAHAM WAS
DISMISSED TRIAL ATTYS COLMAN AND CURE WENT
TO TRIAL WITHOUT REVIEWING THIS TRANSCRIPT.
APPELLANT ADVISED DIRECT APPEAL COUNSEL, ATTY.

(11)

CHRISTOPHER WARE, ABOUT THE SEARCH WARRANT ALLEGATIONS, BUT HE IGNORED APPELLANT'S PLEA.

APPELLANT ADVISED THE COURT IN HIS ORIGINAL 2255 MOTION AND ASKED THE COURT'S ASSISTANCE IN ACHIEVING THESE DOCUMENTS. THE COURT DID NOT APPOINT COUNSEL OR ASSIST IN ANY WAY, INSTEAD, DISMISSED APPELLANT'S ACTION. (EXHBIT I) THE COURT NEVER INVOKED 28 U.S.C. 2255 RULE 7 AND REQUESTED ADDITIONAL EVIDENCE, NOR RULE 6 WHERE HE COULD HAVE APPOINTED COUNSEL, NOR DID HE INVOKE RULE 2 AND INQUIRE APPELLANT COULDN'T ACHIEVE THIS DISCOVERY, PRO SE.

BECAUSE OF THE NATURE OF APPELLANT'S OFFENSES, IT WAS TOO DANGEROUS TO REQUEST ASSISTANCE FROM OTHER INMATES AND HAD NO ACCESS TO LEGAL COUNSEL.

(12)

He Found No Guidence in the Federal Law Books on How to Achieve Discovery from a State Court when there was no Active Case or No Counsel Involved.

He Sent Additional Motions to the U.S. District Court, But the Court Advised Him, "... For This Court Has No Authority to Order a State Court to Search its Records and Produce Materials For The Defendant For That Purpose." (Exhibit 2)   One Must Assume This Was The Rationale Behind The Courts Refusal To Assist Appellant When His 2255 Was Originally Before The Court, As well. Why Counsel Was Not Ordered By The Court To Assist Appellant is still a Mystery.

( 13 )

APPELLANT CONTINUED HIS PERSUIT FOR THESE
STATE COURT HELD DOCUMENTS, HE SENT CERTIFIED
LETTER TO TRIAL COUNSEL COLMAN, #7001-1140-0000-7504,
8381, BUT WAS IGNORED.

HE SENT MOTION TO THE INDIANA STATE COURT OF
ORIGIN OF THESE DOCUMENTS VIA CERTIFIED MAIL,
#7002-2030-0002-8036-8151, (EXHIBIT 3), BUT
WAS IGNORED.

HE SENT LETTER TO MONROE COUNTY PROSECUTOR
SALZMAN (EXHIBIT 4), BUT WAS ADVISED THAT ALL
HIS RECORDS WERE TURNED OVER TO FBI AGENT
SIDEL.

HE WROTE FBI AGENT SIDEL, BUT RECEIVED
NO ANSWER.

HE WROTE A CERTIFIED LETTER TO INDIANA

CIRCUIT COURT REPORTER AND TO CLERK OF THAT COURT, JIM FIELDER, #7002-2030-0005-5547-2002, BUT WAS IGNORED. (EXHIBIT 5)

HE WROTE A LETTER TO INDIANA CIRCUIT COURT JUDGE BRIDGES, WHO ISSUED THE WARRANTS, (EXHIBIT 6) AND WAS PROMISED HE WOULD SEND THESE DOCUMENTS WITHIN 90 DAYS. THEY DID NOT ARRIVE, AND ALL FURTHER INQUIRIES WERE IGNORED.

HE WROTE THE BLOOMINGTON CITY POLICE, AS THEY WERE INVOLVED IN APPELLANT'S ARREST AND SEARCH OF HIS PROPERTIES, (EXHIBIT 7) BUT THEY DID NOT HAVE ACCESS TO THEM.

HE WROTE THE INDIANA SUPREME COURT, ASKING FOR THEIR ASSISTANCE IN ATTAINING THESE DOCUMENTS, (EXHIBIT 8) BUT WAS ADVISED TO REVIEW THEIR RULES

(15)

But they refused to supply a copy of the Rules.

He wrote the U.S. District Attorney, but was told their office did not have them. (Exhibit 9)

He wrote the Indiana State Public Defenders office, Bloomington, even though they never had represented him. Chief Public Defender Michael E. Hunt wrote, (Exhibit 10), saying He Spoke to Judge Bridges Court Reporter, Melissa Storky, who had recently found the audio tape and she promised to transcribe it and send Appellant a copy of the transcription. The transcription from her never arrived and all future inquiries were ignored.

Appellant filed lawsuit against the Sheriff

(16)

OF MONROE COUNTY, AFTER TWO CERTIFIED LETTERS
VIA THE FREEDOM OF INFORMATION ACT WERE
IGNORED. (EXHIBIT 11) AND FINALLY RECIEVED
THE DOCUMENTS VIA THE SHERIFF'S COUNSEL.

He THEN SUBMITED SEVERAL MOTIONS TO THE
U.S. DISTRICT COURT ASKING FOR RELIEF UNDER
FED. R. CIVIL PROC., RULE 60 (b)(6), MOTION FOR NEW
TRIAL, AND MANY OTHERS, BUT WAS ALWAYS PROCEDUALLY
BARRED. He COULD NOT FIND ANY ADVICE IN THE
PRISON LAW LIBRARY THAT ADVISES HOW TO RE-RAISE
AN ISSUE PREVIOUSLY IN A 2255 MOTION.

AN INMATE WHO JUST ARRIVED AT FCI PETERSBURG
SUGGESTED TO ATTEMPT TO RE-OPEN THE ORIGINAL
2255 MOTION WITH AN AMENDED COMPLAINT. IT
IS STILL UNKNOWN IF THIS IS VIABLE, AS APPARENT

(17)

CAN FIND NO INSTRUCTION FOR SUCH A METHOD IN ANY LAWBOOKS. THIS IS A LAST EFFORT TO ACHIEVE JUSTICE.

WHAT IS MORE IMPORTANT, A RULE OF THE COURT OR A CITIZEN'S CONSTITUTIONAL RIGHTS?

SUMMARY

BOTH TRIAL COUNSEL AND DIRECT APPEAL COUNSEL WERE DERILICT IN THIER DUTY BY NOT INVESTIGATING THE PROBABLE CAUSE HEARING THAT PROMPTED APPELLANT'S ARREST AND SEARCH OF HIS PROPERTIES. THIS IS A BLATENT VIOLATION OF APPELLANT'S CONSTITUTIONAL RIGHTS, UNDER THE 6th AMENDMENT.

APPELLANT COULD NOT SUCCESSFULLY RAISE THIS FRAUD ISSUE ON DIRECT APPEAL OR AT THE TIME OF HIS 2255 MOTION, OR ANY OTHER TIME BEFORE HE ATTAINED THE EVIDENCE, THE TRANSCRIPT OF THE PROBABLE CAUSE HEARING. IT WAS FINALLY ACHIEVED VIA A VERY UNORTHODOX METHOD: THE FREEDOM OF INFORMATION ACT, AND ONLY THEN BY FILING A LAWSUIT!

(19)

THE TIME LIMITATIONS OF RULE 33 D, W-
CONSIDER THE CIRCUMSTANCES SUCH AS THE ONES
APPELLANT ENDOURED FOR OVER SEVEN YEARS.

APPELLANT LEARNED THAT THESE WARRANTS WERE
ACHIEVED BY ENTIRELY, 100% FRAUDULANT
STATEMENTS. THERE WAS ABSOLUTELY NO PROBABLE
CAUSE TO JUSTIFY THESE WARRANTS! APPELLANTS
CONSTITUTIONAL RIGHTS WERE THROWN OUT THE
WINDOW.

HE ASKS THIS HONORABLE COURT TO ORDER A NEW
TRIAL, BARRING ALL FRUITS OF THE TAINTED
SEARCH AND ARREST WARRANTS, AS HE IS BEING
BEING ILLEGALLY DETAINED AND DEPRIVED OF HIS
CONSTITUTIONAL RIGHT TO LIBERTY.

IF THE COURT SEES FIT TO DISMISS APPELLANTS

(20)

NINE YEAR EFFORT TO ACHIEVE JUSTICE BECAUSE HE IS UNTIMELY, WOULD THE COURT PLEASE PROVIDE INSTRUCTION, IF ANY EXISTS, ON HOW A PRO SE PARTY, IN THE ABOVE SITUATION, COULD POSSIBLY HAVE ACHIEVED THESE STATE-HELD ITEMS IN A TIMELY MANNOR.

AND IF THERE ISN'T SUCH AN ANIMAL, HOW CAN A PRO SE LITIGANT EVER ACHIEVE JUSTICE, WHEN ALL ATTEMPTS ARE PROCEDURALLY BARRED FROM HIM?

RESPECTFULLY,

PRO SE

(21)

# EXHIBITS

1. PAGE 9 OF APPELLANT'S ORIGINAL 2PUS.C.&255 MOTION

2. ORDER FROM U.S. DISTRICT COURT

3. MOTION SENT TO INDIANA STATE COURT

4. LETTER FROM INDIANA PROSECUTER SALZMAN

5. LETTER SENT TO INDIANA COURT REPORTER STARRY

6. LETTER FROM INDIANA COURT JUDGE BRIDGES

7. LETTER FROM BLOOMINGTON, INDIANA POLICE DEPT

8. LETTER TO INDIANA SUPREME COURT

9. LETTER FROM U.S. DISTRICT ATTORNEY CORAZ

10. LETTER FROM INDIANA CHIEF PUBLIC DEFENDOR HUNT

11. LAWSUIT FILE AGAINST SHERIFF OF MONROE COUNTY

12. TRANSCRIPT OF PROBABLE CAUSE HEARING, RUDDER

13. INVENTORY OF ITEMS SEIZED VIA THE SEARCH WARRANT

14. AFFADAVIT BY DAVID DANSER

15. TRANSCRIPT OF PROBABLE CAUSE HEARING, SWAIN

*E X H I B I T*

## UNCONSTITUTIONAL SEARCH

Trial council failed to object to the unconstitutional search that prompted my arrest. My then wife, Jenny, called the police and presented only one photograph that officers used to obtain a telephone induced search warrant.

The problem is that the photograph in question did not show anything illegal whatsoever. It protrayed my daughter sitting on my lap. Both of us appeared nude, but that in itself is not illegal. There was no exposure of genetalia, nor was there any activity that could be interpreted as lascivious in any way. It was a very innocent photo that I believe did not warrant a search, on it's merits.

I further believe the conversation between the officer and the judge should be made available to see what the judge was told that prompted his decision. Was he told the truth? I find it hard to believe that a judge would make sucuh a decision if he knew the consistancy of said photo. U.S. v. Leon, 82 L Ed 2d 1057-99; Franks v. Delaware, 57 L Ed 2d 667

## TRIAL COUNCIL MOTIVATED TO WITHOLD EVIDENCE

Trial council failed to bring out all the evidence available to them to achieve suppression of my two illegal interrogations. I believe they were motivated ba a stipulation in the contract between us that rewarded them an additional $10,000 if my federal crimes were tried in court instead of being dissmissed or plea bargained.

## 36 HOUR DELAY

A relevent factor is the delay in my presentment to the magistrate judge:, [A] delay in arraignment is one factor to be considered in determining voluntariness of confession. See, 18 U.S.C. § 3501(1980); United States v. Dodier, 630 F 2d 232; Thomas v. North Carolina, 447 F 2d 1320; Culombe v. Conneticut, 6 L Ed 2d 1037 " Is the confession a product of an essentially free and unconstrained choice by it's maker? If it is, if he willed to confess, it may be used against him. If it is not, if his will has been overborne and his capacity for self determination critically impaired, the use of his confession offends due process." Also see Dickerson, 166 F 3d 667, which discusses in pertinent detail the protections afforded a criminal defendant under Miranda v. Arizona, 16 L Ed 2d 694

Likewise, the psychological coersion present whereby, in fact, a number of cases have conclusively demonstrated that the effecientcy of the rack and the thumbscrew can be matched, given the proper subject ( e.g., Danser, for instance) by more sophisticated modes of 'persuasion'. Blackburn v. Alabama, 361 U.S. 199, 206

ENTERED

AUG 2 3 2004

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

UNITED STATES OF AMERICA,      )
                                )
vs.                             )        IP 98-CR-161-01-T/F
                                )        IP 02-cv-065-T/F
DAVID K. DANSER,                )
                                )
            Defendant.          )

### E N T R Y

The court, having considered the defendant's filings of August 4, August 5, and August 19, 2004, and being duly advised, makes the following rulings:

1.  With respect to the filing of August 4, 2004, the defendant seeks the court's assistance in obtaining documents he states are in the possession of a state court. He seeks these materials in connection with his preparation of a second motion for relief pursuant to 28 U.S.C. § 2255. His request for this court's assistance in obtaining those documents is denied, for this court has no authority to direct the state court to search its records and produce materials for the defendant for the stated purpose. Additionally, the defendant is not entitled to await the acquisition of court records before proceeding with whatever challenge is appropriate. *See Lloyd v. Van Natta*, 296 F.3d 630, 634 (7th Cir. 2002).

2.  The defendant's filing of August 19, 2004, is responsive to the directions in paragraph 6.c. of the Entry issued on August 6, 2004.

3.  With respect to the defendant's filing of August 5, 2004, which consists in part of a series of assertions and in part of a series of questions, the assertions require no response, and the questions warrant no response given the procedural posture of the action, that being the fact that final judgment has been entered and no motion challenging the conviction is properly before the court at this time.

**IT IS SO ORDERED.**

JOHN D. TINDER, Judge
United States District Court

Date: __8/23/2004__

NOW COMES DAVID K. DANSER, PRO SE, ASKING THIS HONORABLE COURT TO HOLD SUPPRESSION HEARING ON EVIDENCE SEIZED BY SEARCH WARRANT, DATED MAY 20th, 1998.

DEFENDANT HAS LEARNED THAT SAID SEARCH WARRANT IS DEFECTIVE BECAUSE PROBABLE CAUSE WAS NOT PROPERLY DETERMINED IN THIS CASE.

UNDER THE RULES SET FORTH IN INDIANA STATUTE 35-33-5 8, THE JUDGE MUST SUBMIT TO THE COURT A RECORDING OF THE PROBABLE CAUSE HEARING AS SOON AS POSSIBLE. IN THE CASE, CUTTER V STATE, 646 N.E.2d 704 THE DEFENDANT WAS DENIED EXCLUSION, BUT IN THAT CASE THERE WAS ONLY A 17 MONTH DELAY BEFORE ATTESTATION AND CERTIFICATION. IN THE INSTANT CASE, DEFENDANT HAS LEARNED THAT NOW 66 MONTHS HAVE PASSED WITHOUT THE RECORDING BEING TRANSCRIBED, ATTESTED TO, CERTIFIED, THEN ENTERED INTO THE COURT DOCKET. DEFENDANT HAS LEARNED THAT THE RECORDING WAS LOST BY EITHER COURT OR JUDGE IN HIS CASE.

FURTHER, DEFENDANT WAS ADVISED THAT THE AFFADAVIT BY INFORMANT DOES NOT EXIST, NOR DOES THE AFFADAVIT BY REQUESTING OFFICER. THESE MISTAKES ADDED TO THE ABOVE PROBLEM CONCERNING THE RECORDING REQUIRE SAID WARRANT TO BE DISALLOWED. SEE, VOLZ V STATE 773 N.E.2d 894, THAT STATES, "IT'S SAFEGUARDS HAD TO BE OBSERVED TO THE LETTER."

DEFENDANT LEARNED AT FEDERAL SUPPRESSION HEARING, THAT THE EVIDENCE RELIED UPON TO ACHIEVE THE SEARCH WARRANT DID NOT MEET THE REQUIREMENTS SET FORTH IN, JAGGERS V STATE, 687 N.E. 2d 180.

DEFENDANT ALSO ASKS THAT HIS SEARCH WARRANT BE

SCRUTINIZED UNDER, TIMMONS V STATE. 723 N.E.2d 916 THAT RELIES ON, STATE V DAVIS, 734 N.E.2d 1084, WHERE SAFEGUARDS WERE NOT FOLLOWED, AND THE GOOD FAITH EXCEPTION DOES NOT APPLY.

THE FEDERAL COURTS HAVE DETERMINED THAT THEY DO NOT HAVE JURISDICTION IN SEARCH AND SEIZURES WHERE NO FEDERAL OFFICERS WERE INVOLVED IN THE ACHIEVING OR EXECUTING OF A SEARCH WARRANT, EVEN THOUGH THEY RECIEVED TAINTED PRODUCTS OF SEARCH. SEE, ELKINS V US, 364 F2d 588.

THEREFORE, DEFENDANT REQUESTS HE BE APPOINTED COUNSEL AND A HEARING BE CONDUCTED IN THE PROPER INDIANA COURT TO DETERMINE IF THE ALLEGATIONS HE RAISES HAVE MERIT.

DEFENDANT ALSO NEEDS ADVICE BY COUNSEL TO DETERMINE JURISTICTION OF SUPPRESSION OF EXTREMELY COERSED CONFESSION THAT WAS ENTIRELY EXECUTED BY STAFF OF MONROE COUNTY, INDIANA LAW ENFORCEMENT.

RESPECTFULLY

DAVID K DANSER
06-056-028
BOX 26030
BEAUMONT, TX
777 26-6030

**CARL A. SALZMANN**
**Prosecuting Attorney**



**Justice Building**
**301 N. College Avenue, Room 211**
**Bloomington, Indiana 47404**
**(812) 349-2670 / FAX 349-2725**

## STATE OF INDIANA

# OFFICE OF THE PROSECUTING ATTORNE

―――――――――――――――――――Tenth Judicial Circuit―――――――――

January 31, 2005

Re: Request for Documents

To:     David Danser
        06056-028
        Box 1000
        Federal Correctional Institution
        Cumberland, MD 21501-1000

Dear Mr. Danser:

As you are probably aware, all of our records and evidence were turned over to the FBI for your prosecution under the Federal case. Your attorney would have most of the documents you have requested. All that you ask for would have been discoverable and would have been copied to him.

If he is unwilling to provide them to you, then any Court documents should be requested from the Court involved. Any police reports should be requested from the police agency involved. IF any phone calls were recorded, they would also be available from the police agency involved.

Sincerely,

Carl A. Salzmann

APRIL 29th 2005
Case 1:05-cv-01182-JDT-TAB Document 21 Filed 12/28/07 Page 28 of 59 PageID #: 171

7002 2030 0005 5547 2002

TO, MELISSA STRONG, COURT REPORTER, MONROE CO. CIRCUIT CT, DIV. V
JIM FIELDER, CK OF COURT, MONROE CO. CIRCUIT COURT

UNDER THE UNITED STATES FREEDOM OF INFORMATION ACT

AND INDIANA CODE, IC 5-14-3; INDIANA STATE FREEDOM OF

INFORMATION TREATS, I AM REQUESTING THE FOLLOWING

DOCUMENTS IN THE INDIANA AND UNITED STATE CRIMINAL

CASES LISTED ABOVE:

  1. COPY OF SEARCH WARRANT ISSUED BY JUDGE SKIRNES
     ON THE NIGHT OF MAY 19th - 20th, 1994.

  2. COPY OF ALL SUPPORTING DOCUMENTS FOR THE
     ABOVE SEARCH WARRANT, INCLUDING ALL
     AFFIDAVITS AND TRANSCRIPT OF PROBABLE CAUSE
     HEARING.

IF THERE IS ANY COST FOR THIS ABOVE REQUEST ITEMS,

PLEASE ADVISE ME. IF ANY OF THE ABOVE ITEMS ARE

UNAVAILABLE FOR ANY REASON, PLEASE SEND EXPLANATION.

THE ABOVE ITEMS ARE NEEDED IMMEDIATELY.

THANK YOU FOR YOUR PROMPT ATTENTION TO THIS REQUEST.

# Monroe Circuit Court

Division V
Justice Building
301 North College Avenue
Bloomington, Indiana 47404-3865

Douglas R. Bridges, Judge

Melissa B. Starry, Official Court Reporter
Joy Miller, Associate Court Reporter
Kimberly Cyr, Associate Court Reporter

(812) 349-2634

Mr. David Danser
06056-028
PO Box 26030
Beaumont, Texas 77720

Re:     Response to letter dated 11-9-02

Dear Mr. Danser:

Depending on the nature of the suit it may be filed in State Court or Federal Court. We can't advise on federal court procedures.

There is no State "pro se" kit for this kind of case. You must prepare a complaint and summons, these can be obtained from the Clerk.

There is no way to "freeze assets before a judgment has been obtained. Also, generally the Court don't receive "discovery . Evidence is introduced at hearings and during trial.

My office will be providing to you copies to the transcripts for the probable cause and telephonic search warrants within 90 days.

I hope this has answered some of your questions.

Very Truly Yours,

Douglas R. Bridges
Judge

DRB/mbs

 

**City of Bloomington
Police Department**

February 22, 2005


David K. Danser
06056-028
P.O. Box 1000
Cumberland, MD 21501-1000


Mr. Danser,

The Bloomington Police Department has received your request for information regarding
your involvement with our department on 5-20-98. In your letter of request you refer to 6
points of information you are seeking. The Bloomington Police Department's
involvement was limited solely to our Critical Incident Response Team (CIRT) being
called out to assist the Monroe County Sheriff's Department in their investigation.
Therefore, point 1-5 are not available by this agency due to the fact that we were not
involved in the investigation, evidence, or charging in this incident.

Under point 6, you ask for copies of police reports, and we do a have an informational
report that may be requested per department procedure that describes the circumstances
surrounding the CIRT's involvement only.

For points 1-5, you will need to contact the Monroe County Sheriff's department, as they
were the investigating agency and would possess all other requested documentation.

To request a copy of the Bloomington Police Department's CIRT report, Incident Report
#98-3998, you will need to fill out the enclosed request and return to our department
along with a $5.00 fee and a Self-Addressed, Stamped envelope for the return of the
report to you. Once we receive all of the above listed items, I will process your request
and return it to you.

Joan Manning
Records Division Supervisor


enclosure
jmm

---

20 E. Third Street • Bloomington, IN  47401          Phone: (812) 339-4477 • Fax: (812) 349-3353

www.city.bloomington.in.us
e-mail: police@city.bloomington.in.us

DEAR CLERK OF THE INDIANA SUPREME COURT,

PLEASE FORGIVE MY RECENT INTRUSION, I MEANT NO DISRESPECT, CAN ASSURE YOU.

I AM HOUSED IN A FEDERAL PRISON IN TEXAS AND HAVE NO ACCESS TO THE RULES OF YOUR MOST HONORABLE COURT. I AM TRYING VERY HARD TO COMPLY WITH THEM, PROVIDED IT IS POSSIBLE FROM MY PRISON CELL. IF YOU HAVE SPECIAL PROVISIONS FOR PRO SE LITIGANTS, I AM SURE TO QUALIFY. WOULD YOU PLEASE SEND ME A SET OF THESE RULES.

MY CASE IS OF UTMOST IMPORTANCE: A LOWER COURT IS FAILING TO RESPOND TO MY DISCOVERY REQUESTS, WHICH ARE IN MY COMPLAINT TO THE U.S. SUPREME COURT. MY TIME IS RUNNING OUT.

THANK YOU FOR ANY ASSISTANCE YOU MAY OFFER.

We cannot send you a rule BOOK.
If you or your family have access to the internet, you could view the rules on our website.
www.IN.gov/Judiciary/rules/Appellate/index.html

clerks office

Sincerely,

DAVID DUDECK
06055-088
Box 26040
Beaumont
77720 -6035

U.S. Department of Justice

*United States Attorney*
*Southern District of Indian*



10 West Market Street
Suite 2100
Indianapolis, IN 46204-3048

*(317)226-6333*
*TDD (317)226-5438*

*FAX NUMBERS:*
*Criminal (317)226-6125*
*Administration (317)226-5176*
*Civil (317)226-5027*
*FLU (317)226-6133*
*OCDETF (317)226-5953*

September 4, 2003

David K. Danser
Reg. No. 06056-028
United States Penitentiary
P.O. Box 26030
Beaumont, TX 77720

      Re:    Your request for "Discovery"

Dear Mr. Danser:

      This is in response to your letter dated August 26, 2003.

      The United States declines to honor your request for "discovery" and will not provide any of the materials requested in your letter dated August 26, 2003.

      First, you have no pending litigation in which this office is involved where discovery is applicable. Your conviction in IP 98-161-CR-01 is final. Your 28 U.S.C. § 2255 motion in IP 02-0065-C-T/F concluded with judgment being entered against you. Discovery in an appeal is not authorized.

      Second, this office is not the repository of the materials you seek.

      Third, even if there was an active case involving you and the United States, your discovery request are objectionable and inappropriate.

Page 2
David K. Danser
September 4, 2003


Fourth, neither Fed. R. Crim. P. 16 nor the Supreme Court decision in <u>Brady v. Maryland</u>, 10 L.Ed.2d 215 (1963) have any application to any litigation you are engaged in with regard to this office.

I trust that this answers your inquiry.

Sincerely,

SUSAN W. BROOKS
United States Attorney

By:    Gerald A. Coraz
       Assistant United States Attorney

GAC/mlg

**Office of the**
**Monroe County Public Defender**
**301 N College Ave., Room 302**
**Bloomington, IN 47404-3865**
**812-349-2590**
**1-800-436-0607**

**Michael E. Hunt**

November 5, 2003

Mr. David Danser
06056-028
PO Box 26030
Beaumont, TX 77720

RE: Letter of October 28, 2003

Dear Mr. Danser:

Unfortunately Mr. Lacy is no longer with this office. However, I have spoken with
Melissa Starry the court reporter for Judge Bridges. She informs me that she has
found the tapes and will be sending you the information you requested as soon as she
can get them typed.

I wish you well in your efforts.

Sincerely,

Michael E. Hunt
Chief Public Defender

MEH/cn

## CIRCUIT COURT FOR THE COUNTY
## STATE OF INDIANA
## POST OFFICE BOX 547
## BLOOMINGTON, INDIANA 47402
### 812-349-2614



FILED

MAR 0 1 2005

*Jim Shelden*
CLERK MONROE CIRCUIT COURT

*DAVID K DANSER*
Plaintiff

VS.

CAUSE NO: *53C01 0503 PL00420*

*SHERIFF OF MONROE COUNTY,*
*INDIANA*  Defendant

**SUMMONS**

The State of Indiana to Defendant *Monroe County Sheriff*
*301 N College Ave*
*Bloomington IN 47404*

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made in Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date _*3/1/05*_

_*Jim Shelden*_
Clerk, MONROE CIRCUIT COURT (Seal)

_*PRO SE*_
Attorney for plaintiff

_*NONE*_

Telephone _____

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me this _____ day of _____, 2_____.

_____
Signature of Defendant

DISPATCHER: Yes, you're on tape. Also, Tom we just confirmed with Travelodge, he's in room 121, registered in his name.

OFFICER RUDDER: Ok, I'd like to get a search warrant for that room also, Judge.

THE COURT: Are you ready to go?

OFFICER RUDDER: Yes sir.

THE COURT: Do you swear to tell the truth, the whole truth and nothing but the truth?

OFFICER RUDDER: Yes, I do.

THE COURT: Begin by stating your name and your affiliation.

OFFICER RUDDER: Thomas M. Rudder, Monroe County Sheriff's department.

THE COURT: Go ahead and tell me what you think you have in terms of probable cause.

OFFICER RUDDER: On 5-20 of '98 I was dispatched to 4398 Ridgely Drive, in Monroe County, where I was confronted with a Jennifer Danser, the wife of a David Danser. Who stated that he had taken off with the

seven year old daughter, adopted daughter, of these two individuals. She had also found snap shots and pornographic material of David Danser nude with the seven year old daughter, Carrie Danser, date of birth, 7-6 of '90, also nude, sitting on his lap. Also found in the bedroom are 15 to 18 videotape, unreviewed at this time, two reviewed showing small or younger individuals to be engaged in sexual acts, also, approximately 100 to 200 pornographic magazines, involving small children in various sexual acts. Also, in several boxes are photographic snap shots of young females, appearing to be in age from 8 years old to 14 years old, completely nude, fondling themselves and different sexual acts. Also found in the garage were another box full of snap shots, pornographic materials involving children of various ages and sizes and in various sexual acts. At this point I'm requesting the individual who is at the Travelodge in Monroe County, be picked up on possession of child pornography and I would also be requesting a search warrant for his room at the Travelodge, also for the address of 2610 E 10th Street, to the video store, owned by husband and wife. That's all I have right now judge.

THE COURT: What's the room number at the Travelodge?

DISPATCHER: 121, the Travelodge is 2615 East 3rd Street, that's the exact address.

THE COURT: Anything else?

OFFICER RUDDER: That's it right now, judge, that's all I can handle right now.

THE COURT: Witness sworn and evidence heard, the court finds probable cause exists for issuance of warrant to arrest, is it David Danser?

OFFICER RUDDER: Yes, sir, its David A. Danser.

1        THE COURT: David Danser on charges of child
2        pornography, and to search room 121?

3    OFFICER RUDDER: Yes, sir.

4        THE COURT: Room 121 at Travelodge in Bloomington,
5        Monroe County, Indiana for evidence of child pornography
6        and to further search, what's the address?

7    OFFICER RUDDER: 2610 10th Street.

1

2                          THE COURT: 2610 East Tenth Street?

3      OFFICER RUDDER: Yes, sir.

4                          THE COURT: Also for evidence of child pornography and to

5                          execute these warrants in accordance with its finding.

6      OFFICER RUDDER: Ok, I appreciate it judge, I'll do my best. Thank you sir,

7          bye.

8                          THE COURT: Bye.

9      END OF RECORDING

10

11

12

# PROPERTY REPORT
# MONROE COUNTY
# SHERIFF'S DEPARTMENT

STATUS CODE
S = STOLEN
R = RECOVERED
F = FOUND

E = EVIDENCE
H = SAFE KEEPING

| INCIDENT NUMBER | PAGE |
|---|---|
| 98-10927 | 1 OF 11 |

| RELATED INCIDENT NUMBER | REPORTING OFFICER | INCIDENT TIME & DATE | SUBMITTED TIME & DATE |
|---|---|---|---|
| | Brad Swain | 12:57   5-19-98 | 11:30   5-20-98 |

| INCIDENT TYPE | INCIDENT ADDRESS | | APT. NO. |
|---|---|---|---|
| Child Pornography | 4398 Ridgeley dr Bloomington In | | |

| NAME — ☐ OWNER   ☒ RECOVERED/FOUND BY SUSPECT   ☐ OTHER | | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|
| David Danser | | 332-6966 | |

| ADDRESS | ZIP CODE | EMPLOYER | | WORK HOURS |
|---|---|---|---|---|
| 4398 ridgeley Bloomington in | | | | |

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|
| e | | Smith and Wesson | Handgun | |
| **MODEL** 15-4 | **SIZE — STYLE — CAL** .38 special | **SERIAL NUMBER** 79k8822 | **COLOR** blue | **BIN #** |
| DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC. six-shot revolver with 4-inch barrel | | | REC. I.D. | DATE |

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|
| e | | titan | handgun | |
| **MODEL** n/a | **SIZE — STYLE — CAL** .25 cal | **SERIAL NUMBER** 280535 | **COLOR** blue | **BIN #** |
| DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC. semi-automatic with no clip | | | REC. I.D. | DATE |

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|
| e | | sheets | sheets | |
| **MODEL** n/a | **SIZE — STYLE — CAL** n/a | **SERIAL NUMBER** n/a | **COLOR** n/a | **BIN #** |
| DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC. sheets found on floor between beds | | | REC. I.D. | DATE |

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|
| e | | clothing | mens | |
| **MODEL** n/a | **SIZE — STYLE — CAL** n/a | **SERIAL NUMBER** n/a | **COLOR** n/a | **BIN #** |
| DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC. mens clothing | | | REC. I.D. | DATE |

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|
| e | n/a | door bed sheets pillow | case    east | |
| **MODEL** n/a | **SIZE — STYLE — CAL** n/a | **SERIAL NUMBER** n/a | **COLOR** n/a | **BIN #** |
| DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC. door bed sheets and pillow case east | | | REC. I.D. | DATE |

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|
| e | n/a | mens clothing | mens clothing | |
| **MODEL** n/a | **SIZE — STYLE — CAL** n.a | **SERIAL NUMBER** n/a | **COLOR** n/a | **BIN #** |
| DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC. mens clothing | | | REC. I.D. | DATE |

COMMENTS:

INCIDENT NUMBER  98-10927

STATUS·CODE
S = STOLEN
R = RECOVERED
F = FOUND

# PROPERTY REPORT
# MONROE COUNTY
# SHERIFF'S DEPARTMENT

STATUS CODE
E = EVIDENCE
H = SAFE KEEPING

| INCIDENT NUMBER | | |
|---|---|---|
| 98-10927 | PAGE 2 | OF// |

| RELATED INCIDENT NUMBER | REPORTING OFFICER | INCIDENT TIME & DATE | SUBMITTED TIME & DATE |
|---|---|---|---|
| | brad swain | 1257    5/20/98 | 1145    5/20/98 |

| INCIDENT TYPE | INCIDENT ADDRESS | APT. NO. |
|---|---|---|
| child pornography | 4398 ridgeley dr bloomington in | |

| NAME — ☐ OWNER   ☐ RECOVERED/FOUND BY SUSPECT   ☐ OTHER | HOME PHONE | BUSINESS PHONE |
|---|---|---|
| david danser | 332-6966 | |

| ADDRESS | ZIP CODE | EMPLOYER | WORK HOURS |
|---|---|---|---|
| 4398 ridgeley dr bloomington in | | | |

**1**

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|
| e | | towelss | soiled towels | |
| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
| n/a | n/a | n/a | n/a | |
| DESCRIPTION / I.D. FEATURES   SHOTS — BARREL LENGTH — DAMAGE — ETC. | | | REC. I.D. | DATE |
| taken from bathroom | | | | |

**2** / **8**

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|
| e | n/a | sheet | sheet | |
| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
| n/a | n/a | n/a | n/a | |
| DESCRIPTION / I.D. FEATURES   SHOTS — BARREL LENGTH — DAMAGE — ETC. | | | REC. I.D. | DATE |
| sheet located on child | | | | |

**3** / **9**

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|
| e | n/a | bed sheet | bed sheet | |
| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
| n/a | n/a | n/a | n/a | |
| DESCRIPTION / I.D. FEATURES   SHOTS — BARREL LENGTH — DAMAGE — ETC. | | | REC. I.D. | DATE |
| taken from west bed | | | **n/a** | |

**4** / **10**

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|
| e | n/a | blanket | blanket | |
| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
| n/a | n/a | n/a | white | |
| DESCRIPTION / I.D. FEATURES   SHOTS — BARREL LENGTH — DAMAGE — ETC. | | | REC. I.D. | DATE |
| blanket | | | | |

**5** / **11**

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|
| e | | sexual toys | sexual toys | |
| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
| n/a | n/a | n/a | flesh | |
| DESCRIPTION / I.D. FEATURES   SHOTS — BARREL LENGTH — DAMAGE — ETC. | | | REC. I.D. | DATE |
| four sexual toys | | | | |

**6** / **12**

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|
| e | | photographs | photographs | |
| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
| n/a | n/a | n/a | n/a | |
| DESCRIPTION / I.D. FEATURES   SHOTS — BARREL LENGTH — DAMAGE — ETC. | | | REC. I.D. | DATE |
| photos of small children cut out of magazine | | | | |

COMMENTS:

INCIDENT NUMBER 98-10927

# PROPERTY REPORT
## MONROE COUNTY
## SHERIFF'S DEPARTMENT

STATUS CODE
S = STOLEN
R = RECOVERED
F = FOUND

STATUS CODE
E = EVIDENCE
H = SAFE KEEPING

| INCIDENT NUMBER | PAGE |
|---|---|
| 98-10927 | 3  OF  // |

| RELATED INCIDENT NUMBER | REPORTING OFFICER | INCIDENT TIME & DATE | | SUBMITTED TIME & DATE | |
|---|---|---|---|---|---|
| | brad swain | 1257 | 5-20-98 | 1205 | 5-20-98 |

| INCIDENT TYPE | INCIDENT ADDRESS | APT. NO. |
|---|---|---|
| child pornography | 4398 ridgeley dr bloomington in | |

| NAME — ☐ OWNER  ☒ RECOVERED/FOUND BY SUSPECT  ☐ OTHER | HOME PHONE | BUSINESS PHONE |
|---|---|---|
| david danser | 332-6966 | |

| ADDRESS | ZIP CODE | EMPLOYER | WORK HOURS |
|---|---|---|---|
| 4398 ridgeley dr bloomington in | | | |

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|
| e | n/a | SONY | VIDEO PRINTER | |
| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
| CVP-M1 | 1) 1)) 10078 | 10078 | | |

DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC.   REC. I.D.   DATE
TOAKEN FROM VIDEO STORE

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|
| E | | beseler | photo processing kit | |
| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
| cn2 | n/a | 8996 | | |

DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC.   REC. I.D.   DATE
processing kit for color negatives taken from store

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|
| E | n/a | paterson | film developing tank | |
| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
| n/a | n/a | n/a | blk | |

DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC.   REC. I.D.   DATE
taken from store store

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|
| E | n/a | n/a | plastic bin | |
| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
| n/a | n/a | n/a | clear | |

DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC.   REC. I.D.   DATE
containing 60 adult magazines 10 nudist 6 child mag

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|
| E | n/a | n/a | plastic bin | |
| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
| n/a | n/a | n/a | clear | |

DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC.   REC. I.D.   DATE
containing assorted magazines with childrens photos

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|
| e | n/a | n/a | photo album | |
| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
| n/a | n/a | n/a | brown | |

DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC.   REC. I.D.   DATE
containing cut out photos of small children

COMMENTS:

INCIDENT NUMBER  98-10927

## PROPERTY REPORT
## MONROE COUNTY
## SHERIFF'S DEPARTMENT

STATUS CODE
S = STOLEN
R = RECOVERED
F = FOUND

STATUS CODE
E = EVIDENCE
H = SAFE KEEPING

| INCIDENT NUMBER | PAGE | OF |
|---|---|---|
| 98-10927 | 4 | 11 |

| RELATED INCIDENT NUMBER | REPORTING OFFICER | INCIDENT TIME & DATE | | SUBMITTED TIME & DATE | |
|---|---|---|---|---|---|
| | Brad Swain | 1257 | 5-20-98 | 744 | 5-21-98 |

| INCIDENT TYPE | INCIDENT ADDRESS | APT. NO. |
|---|---|---|
| child pornography | 4398 Ridgeley ndr Bloomington I N | |

| NAME — ☐ OWNER  ☒ RECOVERED/FOUND BY SUSPECT  ☐ OTHER | HOME PHONE | BUSINESS PHONE |
|---|---|---|
| David Danser | 332-6966 | |

| ADDRESS | ZIP CODE | EMPLOYER | WORK HOURS |
|---|---|---|---|
| 4398 Ridgeley Dr Bloomington IN | | | |

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | | LOCKER # |
|---|---|---|---|---|---|
| e | n/a | the age of innocence | book | | |
| MODEL n/a | SIZE — STYLE — CAL n/a | SERIAL NUMBER n/a | | COLOR multi | BIN # |
| DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC. photo book of small nude children | | | | REC. I.D. | DATE |

**1 19**

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | | LOCKER # |
|---|---|---|---|---|---|
| e | n/a | a place in the sun | book | | |
| MODEL n/a | SIZE — STYLE — CAL n/a | SERIAL NUMBER n/a | | COLOR multi | BIN # |
| DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC. photo book of nude subjects | | | | REC. I.D. | DATE |

**2 20**

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | | LOCKER # |
|---|---|---|---|---|---|
| e | n/a | Windsor&Browne | Photo Album | | |
| MODEL n/a | SIZE — STYLE — CAL n/a | SERIAL NUMBER n/a | | COLOR green | BIN # |
| DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC. photos of nude small children | | | | REC. I.D. | DATE |

**3 21**

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | | LOCKER # |
|---|---|---|---|---|---|
| e | n/a | n/a | photo album | | |
| MODEL n/a | SIZE — STYLE — CAL n/a | SERIAL NUMBER n/a | | COLOR blue | BIN # |
| DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC. photo album with photos of small children | | | | REC. I.D. | DATE |

**4 22**

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | | LOCKER # |
|---|---|---|---|---|---|
| e | n/a | n/a | tin security box | | |
| MODEL n/a | SIZE — STYLE — CAL n/a | SERIAL NUMBER n/a | | COLOR lt green | BIN # |
| DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC. contains varios nude photos of children | | | | REC. I.D. | DATE |

**5 23**

| STATUS | VALUE | BRAND NAME — MAKE | ITEM TYPE | | LOCKER # |
|---|---|---|---|---|---|
| e | n/a | s k electronics | stun gun | | |
| MODEL n/a | SIZE — STYLE — CAL n/a | SERIAL NUMBER sk-777 | | COLOR black | BIN # |
| DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC. stun gun taken from brown lock box | | | | REC. I.D. | DATE |

**6 24**

COMMENTS:

INCIDENT NUMBER 98-10927

| STATUS CODE | PROPERTY REPORT | STATUS CODE |
|---|---|---|
| S = STOLEN | **MONROE COUNTY** | E = EVIDENCE |
| R = RECOVERED STOLEN | | L = LOST |
| F = FOUND | **SHERIFF'S DEPARTMENT** | H = SAFE KEEPING |

| INCIDENT NUMBER 98-10927 | PAGE 5 | OF 11 |
|---|---|---|

| RELATED INCIDENT NUMBER | REPORTING OFFICER Brad Swain | BLDG - 1 | BLDG - 2 | INCIDENT TIME & DATE 1257   5-2098 | SUBMITTED TIME & DATE 8:20   5-21-9 |
|---|---|---|---|---|---|

| INCIDENT TYPE child pornography | INCIDENT ADDRESS 4398 Ridgeley Dr Bloomington IN | APT. NO. |
|---|---|---|

NAME – ☐ OWNER   ☐ RECOVERED/FOUND BY   ☒ OTHER

| Dave Danser | | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|

| ADDRESS 4398 Ridgeley dr Bloomington IN | ZIP CODE | EMPLOYER 332-6966 | WORK HOURS |
|---|---|---|---|

| STATUS e | CLASS n/a | VALUE n/a | BRAND NAME — MAKE Mace | ITEM TYPE Pepper Spray | LOCKER # |
|---|---|---|---|---|---|
| MODEL n/a | | SIZE – CAL n/a | SERIAL NUMBER n/a | COLOR n/a | BIN # |
| DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC. taken from brown lock box | | | | REC. I.D. | DATE |

| STATUS e | CLASS n/a | VALUE n/a | BRAND NAME — MAKE Winchester | ITEM TYPE cartridges | LOCKER # |
|---|---|---|---|---|---|
| MODEL 130 grn | | SIZE – STYLE – CAL 38 special | SERIAL NUMBER n/a | COLOR n/a | BIN # |
| DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC. 50 cartridges taken from brown lock box | | | | REC. I.D. | DATE |

| STATUS e | CLASS n/a | VALUE n/a | BRAND NAME — MAKE Remington | ITEM TYPE cartridges | LOCKER # |
|---|---|---|---|---|---|
| MODEL shot | | SIZE – STYLE – CAL .22 | SERIAL NUMBER n/a | COLOR n/a | BIN # |
| DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC. taken from brown lock box | | | | REC. I.D. | DATE |

| STATUS e | CLASS n/a | VALUE n/a | BRAND NAME — MAKE U S A | ITEM TYPE cartridges | LOCKER # |
|---|---|---|---|---|---|
| MODEL 50 gr | | SIZE – STYLE – CAL .25 | SERIAL NUMBER n/a | COLOR n/a | BIN # |
| DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC. taken from brown lock box | | | | REC. I.D. | DATE |

| STATUS e | CLASS n/a | VALUE n/a | BRAND NAME — MAKE Federal | ITEM TYPE cartridges | LOCKER # |
|---|---|---|---|---|---|
| MODEL 50 gr | | SIZE – STYLE – CAL .25 | SERIAL NUMBER n/a | COLOR n/a | BIN # |
| DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC. taken from brown lock box | | | | REC. I.D. | DATE |

| STATUS e | CLASS n/a | VALUE n/a | BRAND NAME — MAKE magazine | ITEM TYPE magazine | LOCKER # |
|---|---|---|---|---|---|
| MODEL n/a | | SIZE – STYLE – CAL n/a | SERIAL NUMBER n/a | COLOR blue | BIN # |
| DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC. taken from titan 25 semi aoto | | | | REC. I.D. | DATE |

COMMENTS:

| OFFICER ASSIGNED Brad Swain | EMP. NO. 53-24 | UNIT | ASSIGNED DATE 5-20-98 |
|---|---|---|---|
| REV. I.D. | NCIC E ☐ R ☐ | TIME / DATE | BY WHOM | ARREST - YES ☒ NO ☐ |

**STATUS CODE**
S = STOLEN
R = RECOVERED STOLEN
F = FOUND

# PROPERTY REPORT
## MONROE COUNTY
## SHERIFF'S DEPARTMENT

**STATUS CODE**
E = EVIDENCE
L = LOST
H = SAFE KEEPING

| INCIDENT NUMBER | PAGE |
|---|---|
| 98-10927 | 6 OF 11 |

| RELATED INCIDENT NUMBER | REPORTING OFFICER | BLDG. - 1 | BLDG. - 2 | INCIDENT TIME & DATE | | SUBMITTED TIME & DATE | |
|---|---|---|---|---|---|---|---|
| | Brad Swain | | | 1257 | 5-20-98 | 8:31 | 5-21-98 |

| INCIDENT TYPE | INCIDENT ADDRESS | APT. NO. |
|---|---|---|
| child porography | 4398 Ridgeley Dr Bloomington IN | |

| NAME - ☐ OWNER   ☐ RECOVERED/FOUND BY   ☐ OTHER | HOME PHONE | BUSINESS PHONE |
|---|---|---|
| David Danser | | |

| ADDRESS | ZIP CODE | EMPLOYER | WORK HOURS |
|---|---|---|---|
| 4398 Ridgeley dr | | | |

| STATUS | CLASS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| E | n/a | n/a | n/a | gun case | |

| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|
| n/a | n/a | n/a | tan | |

DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC.   REC. I.D.   DATE
taken from brown lock box

| STATUS | CLASS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| e | n/a | n/a | Winchester | cartridges | |

| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|
| n/a | 38 special | n/a | n/a | |

DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC.   REC. I.D.   DATE
taken from smith&wesson hand gun

| STATUS | CLASS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| e | n/a | n/a | clothing | panties | |

| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|
| n/a | n/a | n/a | n/a | |

DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC.   REC. I.D.   DATE
six pairs of childrens panties taken from brown lock box

| STATUS | CLASS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| e | n/a | n/a | ultimate | travel bag | |

| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|
| n/a | n/a | n/a | black | |

DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC.   REC. I.D.   DATE
containing mens clothing

| STATUS | CLASS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| e | n/a | n/a | n/a | brown lock box | |

| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|
| n/a | n.a | n/a | brown | |

DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC.   REC. I.D.   DATE
taken from motel room

| STATUS | CLASS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| e | n/a | n/a | video cables | cables | |

| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|
| n/a | n/a | n/a | n/a | |

DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC.   REC. I.D.   DATE
taken from karis room connected to suspects room

COMMENTS:

| OFFICER ASSIGNED | EMP. NO. | UNIT | ASSIGNED DATE |
|---|---|---|---|
| BRAD SWAIN | 53-26 | | 5-20-98 |

| V. I.D. | TIME / DATE | BY WHOM |
|---|---|---|
| | | |

# PROPERTY REPORT
# MONROE COUNTY
# SHERIFF'S DEPARTMENT

**STATUS CODE**
S = STOLEN
R = RECOVERED STOLEN
F = FOUND

**STATUS CODE**
E = EVIDENCE
L = LOST
H = SAFE KEEPING

| INCIDENT NUMBER | | |
|---|---|---|
| 98010927 | PAGE 7 | OF 11 |

| ATED INCIDENT NUMBER | REPORTING OFFICER | BLDG. - 1 | BLDG. - 2 | INCIDENT TIME & DATE | | SUBMITTED TIME & DATE | |
|---|---|---|---|---|---|---|---|
| | Brad Swain | | | 1257 | 5-20-98 8:53 | 5-21-98 | |

| IDENT TYPE | INCIDENT ADDRESS | APT. NO. |
|---|---|---|
| Child pornography | 4398 Ridgeley Dr Bloomington IN | |

| ME – ☐ OWNER   ☐ RECOVERED/FOUND BY   ☐ OTHER | HOME PHONE | BUSINESS PHONE |
|---|---|---|
| Dave Danser | | |

| DRESS | ZIP CODE | EMPLOYER | WORK HOURS |
|---|---|---|---|
| 4398 Ridgeley Dr Bloomington IN | | | |

| STATUS | CLASS | VALUE | BRAND NAME – MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| e | n/a | n/a | n/a | camera | |
| **MODEL** | | **SIZE – STYLE – CAL** | **SERIAL NUMBER** | **COLOR** | **BIN #** |
| n/a | | pin hole | n/a | n/a | |
| **DESCRIPTION / I.D. FEATURES   SHOTS – BARREL LENGTH – DAMAGE – ETC.** | | | | **REC. I.D.** | **DATE** |
| taken from 4398 Ridgeley dr | | | | | |

| STATUS | CLASS | VALUE | BRAND NAME – MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| e | n/a | n/a | 1000 Nudes | book | |
| **MODEL** | | **SIZE – STYLE – CAL** | **SERIAL NUMBER** | **COLOR** | **BIN #** |
| n/a | | n/a | n/a | multi | |
| **DESCRIPTION / I.D. FEATURES   SHOTS – BARREL LENGTH – DAMAGE – ETC.** | | | | **REC. I.D.** | **DATE** |
| taken from 4398 Ridgeley DR contains nude photos | | | | | |

| STATUS | CLASS | VALUE | BRAND NAME – MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| e | n/a | n/a | key | safe deposit box key | |
| **MODEL** | | **SIZE – STYLE – CAL** | **SERIAL NUMBER** | **COLOR** | **BIN #** |
| n/a | | n/a | n/a | gold | |
| **DESCRIPTION / I.D. FEATURES   SHOTS – BARREL LENGTH – DAMAGE – ETC.** | | | | **REC. I.D.** | **DATE** |
| safe deposit box key Monroe county bank | | | | | |

| STATUS | CLASS | VALUE | BRAND NAME – MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| e | n/a | n/a | videos | video tapes | |
| **MODEL** | | **SIZE – STYLE – CAL** | **SERIAL NUMBER** | **COLOR** | **BIN #** |
| n/a | | n/a | n/a | n/a | |
| **DESCRIPTION / I.D. FEATURES   SHOTS – BARREL LENGTH – DAMAGE – ETC.** | | | | **REC. I.D.** | **DATE** |
| twenty adult triple xx pornographic videos | | | | | |

| STATUS | CLASS | VALUE | BRAND NAME – MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| e | n/a | n/a | video tape | video tape | |
| **MODEL** | | **SIZE – STYLE – CAL** | **SERIAL NUMBER** | **COLOR** | **BIN #** |
| n/a | | n/a | n/a | blk | |
| **DESCRIPTION / I.D. FEATURES   SHOTS – BARREL LENGTH – DAMAGE – ETC.** | | | | **REC. I.D.** | **DATE** |
| small female children changing clothes hidden camera | | | | | |

| STATUS | CLASS | VALUE | BRAND NAME – MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| e | n/a | n/a | Fuji | video tape | |
| **MODEL** | | **SIZE – STYLE – CAL** | **SERIAL NUMBER** | **COLOR** | **BIN #** |
| n/a | | n/a | n/a | blk | |
| **DESCRIPTION / I.D. FEATURES   SHOTS – BARREL LENGTH – DAMAGE – ETC.** | | | | **REC. I.D.** | **DATE** |
| female children changing clothes hidden camera | | | | | |

COMMENTS:

| OFFICER ASSIGNED | EMP. NO. | UNIT | ASSIGNED DATE |
|---|---|---|---|
| Brad Swain | 53224 | | 5-20-98 |
| REV. I.D. | TIME / DATE | BY WHOM | ARREST - YES ☑ NO ☐ |

STATUS CODE
S = STOLEN
R = RECOVERED STOLEN
F = FOUND

**PROPERTY REPORT**
**MONROE COUNTY**
**SHERIFF'S DEPARTMENT**

STATUS CODE
E = EVIDENCE
L = LOST
H = SAFE KEEPING

| INCIDENT NUMBER | | |
|---|---|---|
| 98-10927 | PAGE 8 OF // | |

| RELATED INCIDENT NUMBER | REPORTING OFFICER | BLDG - 1 | BLDG - 2 | INCIDENT TIME & DATE | | SUBMITTED TIME & DATE | |
|---|---|---|---|---|---|---|---|
| | Brad Swain | | | 1257 | 5-20-98 | 1020 | 5-21-98 |

| INCIDENT TYPE | INCIDENT ADDRESS | APT. NO. |
|---|---|---|
| Child pornography | 4398 Ridgeley Dr Bloomington IN | |

| NAME - ☐ OWNER  ☐ RECOVERED/FOUND BY  ☐ OTHER | HOME PHONE | BUSINESS PHONE |
|---|---|---|
| David Danser | | |

| ADDRESS | ZIP CODE | EMPLOYER | WORK HOURS |
|---|---|---|---|
| 4398 Ridgely Dr bloomington IN | | | |

| STATUS | CLASS | VALUE | BRAND NAME – MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| E | n/a | n/a | Fuji | video tape | |

| MODEL | SIZE – STYLE – CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|
| n/a | n/a | n/a | blk | |

DESCRIPTION / I.D. FEATURES  SHOTS – BARREL LENGTH – DAMAGE – ETC.     REC. I.D.     DATE
female children changing clothes hidden camera

| STATUS | CLASS | VALUE | BRAND NAME – MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| e | n/a | n/a | vhs | video tape | |

| MODEL | SIZE – STYLE – CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|
| n/a | n/a | n/a | blk | |

DESCRIPTION / I.D. FEATURES  SHOTS – BARREL LENGTH – DAMAGE – ETC.     REC. I.D.     DATE
female child changing clothes hidden camera

| STATUS | CLASS | VALUE | BRAND NAME – MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| e | n/a | n/a | Fuji | Video tape | |

| MODEL | SIZE – STYLE – CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|
| n/a | n/a | n/a | blk | |

DESCRIPTION / I.D. FEATURES  SHOTS – BARREL LENGTH – DAMAGE – ETC.     REC. I.D.     DATE
female children changing clothes hidden camera

| STATUS | CLASS | VALUE | BRAND NAME – MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| e | n/a | n/a | vhs | video tape | |

| MODEL | SIZE – STYLE – CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|
| n/a | n/a | n/a | blk | |

DESCRIPTION / I.D. FEATURES  SHOTS – BARREL LENGTH – DAMAGE – ETC.     REC. I.D.     DATE
female children changing clothes hidden camera

| STATUS | CLASS | VALUE | BRAND NAME – MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| e | n/a | n/a | vhs | video tape | |

| MODEL | SIZE – STYLE – CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|
| n/a | n/a | n/a | blk | |

DESCRIPTION / I.D. FEATURES  SHOTS – BARREL LENGTH – DAMAGE – ETC     REC. I.D.     DATE
adult porn children naked

| STATUS | CLASS | VALUE | BRAND NAME – MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| e | n/a | n/a | vhs | video tape | |

| MODEL | SIZE – STYLE – CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|
| n/a | n/a | n/a | blk | |

DESCRIPTION / I.D. FEATURES  SHOTS – BARREL LENGTH – DAMAGE – ETC.     REC. I.D.     DATE
teenage female changing clothes hidden camera

COMMENTS:

98-10927

| OFFICER ASSIGNED | EMP. NO. | UNIT | ASSIGNED DATE |
|---|---|---|---|
| Brad Swain | 53-24 | | 5-20-98 |

| V. I.D. | | TIME / DATE | BY WHOM | |
|---|---|---|---|---|
| | NCIC E ☐ R ☐ | | | ARREST - YES ☒ NO ☐ |

STATUS CODE
S = STOLEN
R = RECOVERED STOLEN
F = FOUND

# PROPERTY REPORT
# MONROE COUNTY
# SHERIFF'S DEPARTMENT

STATUS CODE
E = EVIDENCE
L = LOST
H = SAFE KEEPING

| INCIDENT NUMBER | | |
|---|---|---|
| 98-10927 | PAGE 8 | OF 11 |

| RELATED INCIDENT NUMBER | REPORTING OFFICER | BLDG - 1 | BLDG - 2 | INCIDENT TIME & DATE | SUBMITTED TIME & DATE |
|---|---|---|---|---|---|
| | SWAIN | | | | |

| INCIDENT TYPE | INCIDENT ADDRESS | | APT. NO. |
|---|---|---|---|
| CHILD MOLEST/EXPLOIT | | | |

NAME — ☐ OWNER   ☐ RECOVERED/FOUND BY   ☐ OTHER      HOME PHONE   BUSINESS PHONE

ADDRESS      ZIP CODE   EMPLOYER      WORK HOURS

| STATUS | CLASS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| E | | | | VIDEO TAPE | |

| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|
| | VHS | | BLACK | |

DESCRIPTION / I.D. FEATURES   SHOTS — BARREL LENGTH — DAMAGE — ETC.   REC. I.D.   DATE
TAKEN FROM LOCK BOX IN CEILING 5-22-98   ITEM 45

| STATUS | CLASS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| e | | | | VIDEO TAPE | |

| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|
| | VHS | | BLACK | |

DESCRIPTION / I.D. FEATURES   SHOTS — BARREL LENGTH — DAMAGE — ETC.   REC. I.D.   DATE
CHILD PORN/TAKEN FROM LOCK BOX IN CEILING   5-22-98   ITEM 45

| STATUS | CLASS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| E | | | | SECURITY BOX | |

| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|
| | | | BROWN | |

DESCRIPTION / I.D. FEATURES   SHOTS — BARREL LENGTH — DAMAGE — ETC   REC. I.D.   DATE
LOCK BOX W HANDLE AND KEY OPERATED LOCK FOUND IN CEILING OF STORE

| STATUS | CLASS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| E | | | | LETTWER | |

| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|
| | | | | |

DESCRIPTION / I.D. FEATURES   SHOTS — BARREL LENGTH — DAMAGE — ETC.   REC. I.D.   DATE
REMOVED FROM ITEM 45

| STATUS | CLASS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| E | | | | LETTER | |

| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|
| | | | | |

DESCRIPTION / I.D. FEATURES   SHOTS — BARREL LENGTH — DAMAGE — ETC.   REC. I.D.   DATE
REMOVED FROM ITEM 45

| STATUS | CLASS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| E | | | | MIRROR | |

| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|
| | X 1'X4' | | | |

DESCRIPTION / I.D. FEATURES   SHOTS — BARREL LENGTH — DAMAGE — ETC.   REC. I.D.   DATE
TAKEN FROM KARI'S ROOM

COMMENTS:

98-10927

| OFFICER ASSIGNED | | EMP. NO. | UNIT | ASSIGNED DATE |
|---|---|---|---|---|
| I.D. | NCIC E ☐ R ☐ | TIME / DATE | BY WHOM | ARREST - YES ☒ NO ☐ |

**STATUS CODE**
S = STOLEN
R = RECOVERED STOLEN
F = FOUND

# PROPERTY REPORT
# MONROE COUNTY
# SHERIFF'S DEPARTMENT

**STATUS CODE**
E = EVIDENCE
L = LOST
H = SAFE KEEPING

| INCIDENT NUMBER | | |
|---|---|---|
| 98-10927 | PAGE 9 | OF // |

| RELATED INCIDENT NUMBER | REPORTING OFFICER | BLDG - 1 | BLDG - 2 | INCIDENT TIME & DATE | SUBMITTED TIME & DATE |
|---|---|---|---|---|---|

| INCIDENT TYPE | INCIDENT ADDRESS | APT. NO. |
|---|---|---|

| NAME – ☐ OWNER   ☐ RECOVERED/FOUND BY   ☐ OTHER | HOME PHONE | BUSINESS PHONE |
|---|---|---|

| ADDRESS | ZIP CODE | EMPLOYER | WORK HOURS |
|---|---|---|---|

| STATUS | CLASS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| E | | | | VIDEO | |

| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|

DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC.   REC. I.D.   DATE
VIDEO OF HIDDEN CAMERA-CHILDREN UNDRESSING IN KARI's ROOM

| STATUS | CLASS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| e | | | | VIDEO TAPE | |

| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|

DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC.   REC. I.D.   DATE
VIDEO OF DANSER MOLESTING KARI WAS IN ITEM 45

| STATUS | CLASS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| E | | | KODAK | FILM | |

| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|
| GOLD | 400   24 EXPOSURES | | | |

DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC.   REC. I.D.   DATE
UNDEVELOPED ROLL FROM ITEM 45

| STATUS | CLASS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| E | | | KODAK | FILM-PHOTGRAPHIC | |

| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|
| GOLD | 400 SPEED/24EXPOSURE | | | |

DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC.   REC. I.D.   DATE
FOUND IN ITEM 45

| STATUS | CLASS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| E | | | OLD SPICE | CONTAINER | |

| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|

DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC.   REC. I.D.   DATE
DEODERANT CONTAINER WITH NEGATIVES INSIDE/FROM ITEM 45

| STATUS | CLASS | VALUE | BRAND NAME — MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| E | | | OLD SPICE | | |

| MODEL | SIZE — STYLE — CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|

DESCRIPTION / I.D. FEATURES  SHOTS — BARREL LENGTH — DAMAGE — ETC.   REC. I.D.   DATE
DEODERANT CONTAINER WITH FILM NEGATIVES INSIDE (ITEM 45)

COMMENTS:

98-10927

| OFFICER ASSIGNED | EMP. NO. | UNIT | ASSIGNED DATE |
|---|---|---|---|

| REV. I.D. | NCIC  E ☐  R ☐ | TIME / DATE | BY WHOM | ARREST - YES ☒ NO ☐ |
|---|---|---|---|---|

**STATUS CODE**
S = STOLEN
R = RECOVERED STOLEN
F = FOUND

# PROPERTY REPORT
# MONROE COUNTY
# SHERIFF'S DEPARTMENT

**STATUS CODE**
E = EVIDENCE
L = LOST
H = SAFE KEEPING

INCIDENT NUMBER
98-10927          PAGE 10 OF 11

| RELATED INCIDENT NUMBER | REPORTING OFFICER | BLDG - 1 | BLDG - 2 | INCIDENT TIME & DATE | SUBMITTED TIME & DATE |
|---|---|---|---|---|---|
| INCIDENT TYPE | | INCIDENT ADDRESS | | | APT. NO. |

NAME – ☐ OWNER   ☐ RECOVERED/FOUND BY   ☐ OTHER        HOME PHONE        BUSINESS PHONE

| ADDRESS | | | ZIP CODE | EMPLOYER | | WORK HOURS |
|---|---|---|---|---|---|---|

| STATUS | CLASS | VALUE | BRAND NAME – MAKE | ITEM TYPE | | LOCKER # |
|---|---|---|---|---|---|---|
| E | | | | FILM NEGATIVES | | |
| MODEL | | SIZE – STYLE – CAL | | SERIAL NUMBER | COLOR | BIN # |

DESCRIPTION / I.D. FEATURES  SHOTS – BARREL LENGTH – DAMAGE – ETC.          REC. I.D.     DATE
FILM CONTAINER HOLDING NEGATIVES (ITEM 45)

| STATUS | CLASS | VALUE | BRAND NAME – MAKE | ITEM TYPE | | LOCKER # |
|---|---|---|---|---|---|---|
| E | | | | VIBRATOR-SEXUAL DEVICE | | |
| MODEL | | SIZE – STYLE – CAL | | SERIAL NUMBER | COLOR BLACK | BIN # |

DESCRIPTION / I.D. FEATURES  SHOTS – BARREL LENGTH – DAMAGE – ETC.          REC. I.D.     DATE
SEEN IN VIDEO ITEM #14 44

| STATUS | CLASS | VALUE | BRAND NAME – MAKE | ITEM TYPE | | LOCKER # |
|---|---|---|---|---|---|---|
| E | | | | VIBRATOR-SEXUAL DEVICE | | |
| MODEL | | SIZE – STYLE – CAL | | SERIAL NUMBER | COLOR WHITE | BIN # |

DESCRIPTION / I.D. FEATURES  SHOTS – BARREL LENGTH – DAMAGE – ETC.          REC. I.D.     DATE
SEEN USED IN VIDEO ITEM -44

| STATUS | CLASS | VALUE | BRAND NAME – MAKE | ITEM TYPE | | LOCKER # |
|---|---|---|---|---|---|---|
| E | | | | SEXUAL DEVICES | | |
| MODEL | | SIZE – STYLE – CAL | | SERIAL NUMBER | COLOR | BIN # |

DESCRIPTION / I.D. FEATURES  SHOTS – BARREL LENGTH – DAMAGE – ETC.          REC. I.D.     DATE
NUMEROUS SEXUAL DEVISES REMOVED FROM NIGHTSTAND

| STATUS | CLASS | VALUE | BRAND NAME – MAKE | ITEM TYPE | | LOCKER # |
|---|---|---|---|---|---|---|
| E | | | | PHOTO NEGATIVES | | |
| MODEL | | SIZE – STYLE – CAL | | SERIAL NUMBER | COLOR | BIN # |

DESCRIPTION / I.D. FEATURES  SHOTS – BARREL LENGTH – DAMAGE – ETC.          REC. I.D.     DATE
CONTAINS NEGATIVES OF ITEMS 51,52

| STATUS | CLASS | VALUE | BRAND NAME – MAKE | ITEM TYPE | | LOCKER # |
|---|---|---|---|---|---|---|
| E | | | | | | |
| MODEL | | SIZE – STYLE – CAL | | SERIAL NUMBER | COLOR | BIN # |

DESCRIPTION / I.D. FEATURES  SHOTS – BARREL LENGTH – DAMAGE – ETC.          REC. I.D.     DATE
BOX CONTAINING PHOTOGRAPHS OF JENNIE MICHAEL,

COMMENTS:
STEPHANIE HINDS &
TAMMY COOKSON

98-10927

| OFFICER ASSIGNED | | | | EMP. NO. | UNIT | ASSIGNED DATE |
|---|---|---|---|---|---|---|
| EV. I.D | NCIC E ☐ R ☐ | TIME / DATE | | BY WHOM | | ARREST - YES ☐ NO ☐ |

| STATUS CODE | PROPERTY REPORT | STATUS CODE |
|---|---|---|
| S = STOLEN | MONROE COUNTY | E = EVIDENCE |
| R = RECOVERED STOLEN | SHERIFF'S DEPARTMENT | L = LOST |
| F = FOUND | | H = SAFE KEEPING |

INCIDENT NUMBER: 98-10927    PAGE 1 OF 1

| RELATED INCIDENT NUMBER | REPORTING OFFICER BRAD SWAIN | BLDG. - 1 | BLDG - 2 | INCIDENT TIME & DATE 12:57 5-20-98 1 | SUBMITTED TIME & DATE |
|---|---|---|---|---|---|

INCIDENT TYPE: CHILD PORNOGRAPHY    INCIDENT ADDRESS    APT. NO.

NAME – ☐ OWNER ☐ RECOVERED/FOUND BY ☒ OTHER SUSPECT: DAVID DANSER    HOME PHONE 332-6966    BUSINESS PHONE

ADDRESS: 4378 RIDGELEY   BLOOMINGTON, IN    ZIP CODE    EMPLOYER    WORK HOURS

| STATUS | CLASS | VALUE | BRAND NAME – MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| E | | | | | |

| MODEL | SIZE – STYLE – CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|
| 61 | | | | |

DESCRIPTION / I.D. FEATURES SHOTS – BARREL LENGTH – DAMAGE – ETC.: BOX CONTAINING PHOTOGRAPHS    REC. I.D.    DATE

| STATUS | CLASS | VALUE | BRAND NAME – MAKE | ITEM TYPE VIDEO TAPES | LOCKER # |
|---|---|---|---|---|---|
| E | | | | | |

| MODEL | SIZE – STYLE – CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|

DESCRIPTION / I.D. FEATURES SHOTS – BARREL LENGTH – DAMAGE – ETC.: BOX OF ADULT (COMMERCIAL) VIDEOS    REC. I.D.    DATE

| STATUS | CLASS | VALUE | BRAND NAME – MAKE SAINT JOHNS | ITEM TYPE LUGGAGE | LOCKER # |
|---|---|---|---|---|---|
| E | | | | | |

| MODEL EXPLORATEUR | SIZE – STYLE – CAL | SERIAL NUMBER | COLOR BLACK | BIN # |
|---|---|---|---|---|

DESCRIPTION / I.D. FEATURES SHOTS – BARREL LENGTH – DAMAGE – ETC.: NYLON ZIPPERED BAG    REC. I.D.    DATE

| STATUS | CLASS | VALUE | BRAND NAME – MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| 4 | | | | | |

| MODEL | SIZE – STYLE – CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|

DESCRIPTION / I.D. FEATURES SHOTS – BARREL LENGTH – DAMAGE – ETC.    REC. I.D.    DATE

| STATUS | CLASS | VALUE | BRAND NAME – MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| 5 | | | | | |

| MODEL | SIZE – STYLE – CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|

DESCRIPTION / I.D. FEATURES SHOTS – BARREL LENGTH – DAMAGE – ETC.    REC. I.D.    DATE

| STATUS | CLASS | VALUE | BRAND NAME – MAKE | ITEM TYPE | LOCKER # |
|---|---|---|---|---|---|
| 5 | | | | | |

| MODEL | SIZE – STYLE – CAL | SERIAL NUMBER | COLOR | BIN # |
|---|---|---|---|---|

DESCRIPTION / I.D. FEATURES SHOTS – BARREL LENGTH – DAMAGE – ETC.    REC. I.D.    DATE

COMMENTS:

98-10927

| OFFICER ASSIGNED | | EMP. NO. | UNIT | ASSIGNED DATE |
|---|---|---|---|---|

| EV. I.D. | NCIC E ☐ R ☐ | TIME / DATE | BY WHOM | ARREST - YES ☐ NO ☐ |
|---|---|---|---|---|

AFFADAVIT

1. ALL I HAVE STATED IN THE ATTACHED AMENDED
COMPLAINT, REDRAWING MY ORIGINAL 28 U.S.C. 2255
MOTION IS TRUE.

2. I APPLIED DUE DILIGENCE IN ALL WAYS KNOWN TO
ME TO ACHIEVE THE STATE COURT ISSUED SEARCH
WARRANT AND THE TRANSCRIPT OF THE PROBABLE CAUSE
HEARING.

3. NONE OF THE ILLEGAL ITEMS EXISTED AT MY HOME THAT
OFFICER RUDDER CLAIMED TO HAVE IN HIS SWORN STATEMENT
TO ACHIEVE MY ARREST AND SEARCH WARRANTS. ALL
HE TESTIFIED TO IN HIS SWORN STATEMENT WAS LIES.

4. THE SEARCH WARRANT AND PROBABLE CAUSE HEARING
TRANSCRIPT PROMISED IN LETTERS FROM JUDGE BRINGS
IN 2002, AND PUBLIC DEFENDER HUNT WERE NEVER
RECIEVED FROM THEM. I FINALLY RECIEVED THEM AFTER
FILING LAWSUIT AGAINST SHERIFF OF MONROE COUNTY
IN MAY, 2005.

I, DAVID K. DANSER, SWORN UNDER PENALTY OF
PERJURY THAT ALL I HAVE STATED IS TRUE TO THE
BEST OF MY KNOWLEDGE.

SIGNED, DK.D___

DATED, June 20, 2007

The following is a telephonic probable cause conducted on May 20, 1998, between Detective Brad Swain, Monroe County Sheriff's Department and the Honorable Douglas R. Bridges, Judge of the Monroe Circuit Court Division V.

DETECTIVE SWAIN: All right Judge Bridges, I believe the recording is going.

THE COURT: Do you swear to tell the truth, the whole truth and nothing but the truth?

DETECTIVE SWAIN: I do.

THE COURT: Please begin by stating your name and your affiliation.

DETECTIVE SWAIN: Brad Swain, a detective with the Monroe County Sheriff's Office.

THE COURT: And just tell me why you think you need a search warrant.

DETECTIVE SWAIN: On the early mornings, in the early of 5-20 of '98, Deputy Tom Rudder, Sergeant Richard McGlothlin and other members of the Monroe county Sheriff's Department located and arrested a

David Danser, D-A-N-S-E-R, after being summoned to his residence at 4398 Ridgley Drive located in Monroe County, Indiana. The reason for the telephone call came from his wife, Jennifer, who had located a photograph of his, of their seven year old daughter, whom they adopted, the previous August, August of 1997. He had the, he had removed the daughter from the home, after a domestic dispute in the early morning hours and was eventually located with the daughter, at the Travelodge Motel, located in Monroe County, Indiana, where, according to Officers he and the seven year old girl were both found to be nude, in the same bed. He was arrested. During the search of his home, with the consent of Mrs. Danser, a large number of photographs, I would estimate to be in the hundreds of naked children, ranging in ages from infant to teenage were located. In addition, there were several photographs which were, several I mean by dozens, of altered photographs of adults nude models in which photographs from catalogs in child related magazines had been removed and superimposed upon the adult images, that being the faces of the children superimposed over the faces of the adult models in the

pictures. All these have been consistent, in my experience and training with the collection in which pedophiles are known to possess. On 5-20 of '98 at about one o'clock in the afternoon, myself and Sheri Susnick, an investigator with child protection services, interviewed the child, Carrie Danser, age 7, who is a very bright child, very articulate. During the interview, which was primarily conducted by Miss Susnick, Carrie stated that since about the time she entered school, at Arlington School, in the fall of 1997, to the very recent past, she had been involved in sexual activity with her father. That included rubbing each other genitals, and stated that Carrie, described her father ejaculating, she also stated, when asked by Sheri Susnick, if her father ever had Carrie place her mouth on his penis, she said yes. Sheri asked Carrie what did you do, her response was "suck him", in her words. She then stated that he squirts it on the floor, and at another occasion, he rubs, rubbed his privates on her privates and squirted white stuff on her chest. On another occasion in North Carolina, she states that she performed oral sex upon her father and in her words, he video cameraed it with a little camera, which is now at the family's video

store. We did learn that they do have a video store at 10th and the by-pass. That was cooberated today, when Deputy Henderson and I went to the store with consent of Mrs. Danser, located a small video camera, however did not find that particular video tape. We also recovered from the family a safety deposit box key, and learned that he has a safety deposit box at Monroe County Bank, at the Kirkwood, I believe to be the Kirkwood branch. In my training and experience, it is highly unlikely that any type of child pornography which Mr. Danser has collected would ever be destroyed, given it is also, based upon my training and experience, that pedophiles will search the Internet and make contact with other pedophiles and exchange information. Based upon this information, I believe that further evidence of Mr. Danser's criminal activity involving child molesting and also collecting child pornography can be located in this computer hard drive, which we recovered and I believe there's also likely more evidence to be located in the safety deposit box. And I would also like to search 1998 Chevrolet Pickup truck which was impounded at the time of his arrest, which is presently

5

at Mitch's Body Shop. For further evidence of criminal activity in the information I've mentioned previously.

THE COURT: You referred to a computer, what computer are you talking about?

DETECTIVE SWAIN: It is a personal computer that was located at the Ridgley Drive residence. Just a moment and I can get the name brand, if that's what you're needing.

THE COURT: No, I just wondered what you were referring too, when you said computer.

DETECTIVE SWAIN: Ok. Yes, it was personal computer located at the Ridgely Drive residence. I further should note that Carrie said that almost all the sexual activity and occurred at the Ridgely Drive residence, she also stated she had posed for her father several times with, before a video camera as well, and we have located some video taping of her naked and what appears to be Mr. Danser's voice on the tape requesting that she dance, etc. Mrs. Danser states that usually when Mr. Danser would view the, would be on his, the personal computer, which was located in the master bedroom, he would either

have the door locked or if the door was not locked, and someone walked in he would cover the monitor screen with a newspaper so when she, or one of the children walked in they could not see what was on the screen.

THE COURT: Anything else?

DETECTIVE SWAIN: I don't believe so, sir.

THE COURT: Witness sworn, evidence heard and the court finds probable cause exists for issuance of a warrant to search a lock box owned by, or rented by the Dansers at the Monroe County State Bank, Kirkwood Main Office branch, a 1998, did you say?

DETECTIVE SWAIN: Yes, Chevrolet Pickup truck.

THE COURT: Chevrolet Pickup Truck, which was taken for impoundment at the time the defendant's arrest, and the computer hard drive that was taken into possession of the police at the time of their search of the Danser home.

DETECTIVE SWAIN: Your honor, could I ask that you would extend the search for the safety deposit box to any Monroe County Bank branch, in the event its located, located at one of the other branches.

THE COURT: Yes.

DETECTIVE SWAIN: Thank you. All right I think that's all I have. Thank you sir.

1                THE COURT: Good luck.

2   END OF RECORDING

3

4

5